AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. – IBEW LOCAL 176 HEALTH, WELFARE PENSION, VACATION, AND TRAINING TRUST FUND, | SUMMONS IN A CIVIL CASE |
| V. | |
| GRACE ELECTRICAL CONSTRUCTION CORPORATION, an Illinois corporation, and SOON JA CHUNG, individually, | CASE NUMBER: 07CV 6168<br>ASSIGNED JUDGE: JUDGE SHADUR<br>DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE COX |

TO: (Name and address of Defendant)

SOON JA CHUNG, individually
~~3022 Peachgate~~  3402 Meadow Lane
Glenview, IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Etzkorn
**ARNOLD AND KADJAN**
**19 W. Jackson Blvd., Suite 300**
**Chicago, IL 60604**

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

_(signature)_

NOV 0 1 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 11/29/07 @ 8:00 PM |
| NAME OF SERVER (PRINT) JOHN MARZEC | TITLE Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

Soon JaChung @ 3402 Meadow Lane Glenview, IL
(Asian male, 55, glasses)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/07
             Date

Signature of Server [signed]

Address of Server:
THE ARJUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.