# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

TRUSTEES OF THE N.E.C.A. – IBEW
LOCAL 176 HEALTH, WELFARE PENSION,
VACATION, AND TRAINING TRUST FUND,

V.

GRACE ELECTRICAL CONSTRUCTION
CORPORATION, an Illinois corporation, and
SOON JA CHUNG, individually,

**SUMMONS IN A CIVIL CASE**

CASE **07CV 6168**

ASSIG **JUDGE SHADUR**

**MAGISTRATE JUDGE COX**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

GRACE ELECTRICAL CONSTRUCTION CORPORATION, an Illinois corporation
c/o SOON JA CHUNG, its registered agent
~~3022 Peachgate~~  3402 Meadow Lane
Glenview, IL 60025

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John F. Etzkorn
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

NOV 01 2007

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 11/29/07 @ 8:00 PM |
| NAME OF SERVER (PRINT)  JOHN MARZEC | TITLE  Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Grace Electrical c/o Soon Ja Chung @ 3402 Meadow Lane Glenview, IL (Asian Male, 55 glasses)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/29/07
             Date

Signature of Server  [signature]

Address of Server: THE ARGUS AGENCY INC.
1480 RENAISSANCE DR. STE 208
PARK RIDGE IL 60068

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.