Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6168 | **DATE** | 2/15/2008 |
| **CASE TITLE** | Trustees vs. Grace Electrical Construction | | |

**DOCKET ENTRY TEXT**

Status hearing held. Enter Agreed Judgment Order. It is hereby ordered that final judgment is entered in favor of the Plaintiffs and against the Defendants in the total sum of $362,953.13.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:5

| | | Courtroom Deputy Initials: | SN |
|---|---|---|---|