IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) No. 07 C 6168<br>) |
| GRACE ELECTRICAL CONSTRUCTION CORPORATION, an Illinois corporation, and SOON JA CHUNG, individually, | ) Judge Milton I. Shadur<br>)<br>)<br>) |
| Defendants. | ) |

## AGREED JUDGMENT ORDER

THIS CAUSE coming on to be heard upon the agreement of the parties, the Court having determined that the parties have agreed to the entry of an Order of Judgment, as herein set forth:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. Judgment is hereby entered in favor of Plaintiffs, **TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS**, ("the Funds"), and against Defendants **GRACE ELECTRICAL CONSTRUCTION CORPORATION, an Illinois Corporation** ("GRACE") and **SOON JA CHUNG, Individually** ("CHUNG"), in the principal amount of THREE HUNDRED SIXTY-TWO THOUSAND NINE HUNDRED FIFTY-THREE and 13100 DOLLARS ($362,953.13) ("the Judgment Amount"), jointly and severally, without an award of costs to either party.

2. The Judgment amount represents amounts admitted due and owing by Defendant K&R for under an audit for the period from August 1, 2005 through October 19, 2007 ("the audit").

3.      Defendants  with the Complaint and Summons, have appeared but not answered, and hereby consent to the jurisdiction of this Court over them and the entry of this Agreed Judgment Order.

4.      This matter is hereby dismissed with prejudice and without costs.

DATED: Feb 15, 2008

ENTER: _____
Honorable Milton I. Shadur

TRUSTEES OF THE N.E.C.A. - IBEW LOCAL 176 HEALTH, WELFARE, PENSION, VACATION, AND TRAINING TRUST FUNDS,

By _____
One of Their Attorneys

GRACE ELECTRICAL CONSTRUCTION CORPORATION,

By _____
Authorized Officer

SOON JA CHUNG, Individually

_____
Soon Ja Chung

JOHN F. ETZKORN
ARNOLD & KADJAN
19 W. Jackson Blvd.
Chicago, IL  60604
(312) 236-0415

G:\jfe\176\GRACE\AGREED JUDGMT ORDER - D2 - 1-24-08.doc

2