AO 450(Rev. 5/85)Judgment in a Civil Case

# United States District Court
## Northern District of Illinois
### Eastern Division

Trustees of the NECA IBEW Local 176 Health, Welfare, Pension, Vacation and Training Trust Funds

v.

Grace Electrical Construction Corp., and Soon Ja Chung

**JUDGMENT IN A CIVIL CASE**

Case Number: 07 C 6168

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that final judgment is entered in favor of the Plaintiffs and against the Defendants in the total sum of $362,953.13.

Michael W. Dobbins, Clerk of Court

Date: 2/15/2008

Sandy Newland, Deputy Clerk